**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Kevin Joseph Koenig
Raggio, Cappel
1011 Lakeshore Drive, Ste 500
Lake Charles LA 70601

> Judgment on rehearing rendered and mailed to all parties or counsel of record on **August 27, 2018**.

### REHEARING ACTION: August 27, 2018

**Docket Number: 18   00544-CW**

**JEFFERY TRAPP, ET AL.**
**VERSUS**
**ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2017-2028**

**BEFORE JUDGES:**

    Hon. John E. Conery
    Hon. D. Kent Savoie
    Hon. Van H. Kyzar

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Allstate Property and Casualty Insurance Company** and **John R. Martin** is:

> **REHEARING GRANTED**.  We withdraw our prior ruling dismissing the relators' writ application and will address the merits therein.

cc: Steven Broussard, Counsel for  the Respondent